UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HEDRICK<br>11237 Springtown Road<br>Mineral Point, Missouri 63660<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br>Serve: Registered Agent<br>CT Corporation<br>120 South Central Avenue<br>Clayton, Missouri 63105 | CASE NO.: 4:05-CV-1343<br><br>MDL Docket No. 1699<br><br>**ORDER OF DISMISSAL**<br>**WITHOUT PREJUDICE**<br><br>Transferred from:<br>United States District Court<br>Eastern District of Missouri<br>Eastern Division<br>Civil Action No.: 4:05-CV-1343 |

    Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Johnny Hedrick and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Johnny Hedrick or a representative of Plaintiff attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

    AND IT IS ORDERED.

Dated: June 15, 2006



Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer