IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

DONALD CROSS, et al.,

    Plaintiff,

v.

G.D. SEARLE LLC., et al.,

    Defendants.

**NOTICE OF WITHDRAWAL
AS COUNSEL**

CASE NO. 3:06-cv-00087-CRB

NOTICE IS HEREBY GIVEN that Gerald B. Taylor, Jr. and the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. hereby withdraw as co-counsel for Plaintiff Norman B. McFadden in the above-styled cause. The law firm of Brown & Crouppen, P.C. will continue as counsel for Plaintiff Norman B. McFadden, and all future pleadings and correspondence relating to Plaintiff Norman B. McFadden should be directed to Brown & Crouppen, P.C.

Respectfully submitted:

Dated: October 23, 2006

By: _____
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com

1

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff Norman B. McFadden*

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2006, the foregoing was electronically served on all counsel of record by using the Court's CM/ECF system.

By: _____
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff Norman B. McFadden*



October 27, 2006