Seth Sharrock Webb, MO Bar 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-3395
swebb@brownandcrouppen.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Cross, et. al. v. G.D. Searle, LLC., et. al.*<br>No. 3:06-cv-00087 (previously Case No. 4:05cv1343 USDC EDMO) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:06-CV-00087 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiffs and counsel for the Defendants that the Complaint of the Plaintiffs Edna Lee Jones and Elfreda Harrison, ("Jones and Harrison") are hereby dismissed without prejudice.

1. Jones and Harrison are plaintiffs; defendants are G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company and Pfizer Inc.;

2. On August 25, 2005, Plaintiffs sued defendants;

3. Plaintiffs Jones and Harrison move to dismiss their claims against defendants;

4. Defendants have not filed any counterclaim in this action;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiffs Jones and Harrison have not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs Jones and Harrison or representative of Plaintiffs Jones and Harrison attempt to re-file their claims against, Defendants, they shall only do so only by filing said claims in the United States District Court, Northern District of California, MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Respectfully submitted by:

Dated: 12-7-6

BROWN & CROUPPEN, P.C.

/s/ Seth Shafrock Webb

Seth Shafrock Webb, MO Bar 505666
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFFS

Dated: 12-16-06

GORDON & REES

/s/ Stuart M. Gordon

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900
(415) 986-8054 fax
DEFENDANTS' LIAISON COUNSEL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: December 20, 2006

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
3:06-CV-00087