1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11

12   IN RE BEXTRA AND CELEBREX MARKETING,          CASE NO. MDL No. 1699
     SALES PRACTICE, AND PRODUCT LIABILITY
     LITIGATION

13                                                                **ORDER GRANTING MOTIONS TO
                                                                  WITHDRAW SUBJECT TO**

14   This Document Relates to:                                    **PRETRIAL ORDER NO. 35**

15     Click, Paul                      05-4779 CRB
       Haynes, Patrick                  06-2443 CRB
16     Hicks, Mary L.                   06-6081 CRB
       Hubble, Judith                   06-0087 CRB
17     Mackey, Anita                    06-7628 CRB
       Perkins, Merlvin                 05-4781 CRB
18     Simbulan, Bobby Jo               06-2101 CRB
       Sousan, John                     06-0087 CRB
19

20

21          Now before the Court are Plaintiffs' counsel's motions to withdraw. For good cause

22   shown, the motions are hereby GRANTED. All Plaintiffs other than Judith Hubble must comply

23   with Pretrial Order No. 35. In particular, Plaintiffs other than Judith Hubble shall file a Notice of

24   Substitute Counsel or a Notice of Intent to Proceed *Pro Se* with their contact information. Until

25   such time, Plaintiffs' former counsel shall forward all relevant pleadings filed on ECF to these

26   Plaintiffs.

27          Plaintiffs' counsel's motion to withdraw from representing Ms. Hubble is GRANTED.

28   As the Court previously noted (Docket No. 3191), Ms. Hubble will continue to be represented by

                                                - 1 -

1   Seth S. Webb, Esq., of Brown & Crouppen, but Beasley Allen Crow Methvin Portis & Miles P.C.

2   no longer represents her in this matter.

3   **IT IS SO ORDERED.**

4   Dated: September 28, 2009

5                                           HONORABLE CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 2 -
        ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB
        EAST\42564956.1