UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

This Document Relates to:

| | |
|---|---|
| Will Bass, Sr. | 06-0087 CRB |
| Jean M. Benham, et al. | 06-1689 CRB |
| Louise Bush | 06-2431 CRB |
| Ethel L. Cook | 05-4779 CRB |
| Junior Counts | 06-2081 CRB |
| Richard Croft | 06-1901 CRB |
| David L. Davis | 08-1858 CRB |
| Robert C. Duke, et al. | 07-0056 CRB |
| Julie E. Greer | 08-1858 CRB |
| Wayne A. Gunnison | 06-3665 CRB |
| Jonathan Halley | 05-4781 CRB |
| Clarice Hare | 05-4735 CRB |
| Earl J. Lachney | 06-3094 CRB |
| Robert Lewis | 08-0220 CRB |
| Randolph D. McMillion, et al. | 07-0473 CRB |
| Lecia Nolan | 06-2434 CRB |
| Clara Olmsted | 08-1858 CRB |
| Heathere Ralph | 06-2436 CRB |
| Martha Taylor | 06-0087 CRB |

| | |
|---|---|
| 1 | The Court ordered the plaintiffs identified in the caption to show cause why their actions |
| 2 | should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause |
| 3 | order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff |
| 4 | appeared at the show cause hearing. Accordingly, the actions identified in the above caption are |
| 5 | DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41. |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: September 25, 2009 |
| 8 | HONORABLE CHARLES R. BREYER<br>UNITED STATES DISTRICT JUDGE |

- 2 -

ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB