John Sousan
313 San Jose Drive
Ofallan, Missouri 65560
Telephone: 314.304.0343

PLAINTIFF *Pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to:<br><br>*John Sousan v. Pfizer Inc., et al.*<br>(Case No. 06-0087 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

Come now Plaintiff John Sousan, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 10-20 2009                  By: *John Sousan*

John Sousan
313 San Jose Drive
Ofallan, Missouri 65560
Telephone: 314.304.0343

PLAINTIFF *Pro se*

EAST\42586913.1                          -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

Case 3:06-cv-00087-CRB   Document 67   Filed 12/17/09   Page 2 of 2

DATED: Dec. 7, 2009         By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

ATTORNEYS FOR DEFENDANTS

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: DEC 1 1 2009

Hon. Charles R. Breyer
United States District Court

EAST\42586913.1                        -2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699