Seth Webb
**Brown & Crouppen, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-0087 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Donald Cross, et al.<br><br>Plaintiffs<br><br>vs.<br><br>G.D. Searle, LLC, et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Michael Bukowsky, Ronald Burston, Hazel Dempsey, James Elliott, Jr., Nancy Eschbach, James Estrada, Norma Guenther, Ellen Hoskin, Mary Jennings, Edna Lee Jones, Nydia McClure, Ronald Prewitt, Margaret Sanchez, Jerry Sederes, Sr., Karla Siekmann, Brady Sims, Dennis Turner, Terry Williams, and Daniel Wohlgemuth in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42631889.1

DATED: 12-16, 2009   By: _____

**BROWN & CROUPPEN, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359

*Attorneys for Plaintiffs*

DATED: Dec. 16, 2009   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010   _____
Hon. Charles R. Breyer
United States District Court