UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CLELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| This Document Relates to:<br><br>Johnny Fields, 06-7284 CRB<br>Manuel Gonzales, 06-7284 CRB<br>Theresa Blackbull, 07-1956 CRB<br>Sandra Rish, 07-1956 CRB<br>Elizabeth Spears, 07-1956 CRB<br>Rodney Foushee, 06-0087<br>Lorine Riley, 08-1858 | **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court ordered the plaintiffs identified in the above caption to show cause why their actions should not be dismissed for lack of prosecution. As of the date identified on the show cause order, Plaintiffs have not responded. Accordingly, the actions identified in the above

//

//

//

1

ORDER OF DISMISSAL WITH PREJUDICE - M:05-CV-01699-CRB

caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**.

Dated: January 8, 2010


_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\orderre 12-30-09 and 1-8-10.wpd

ORDER OF DISMISSAL WITH PREJUDICE - M:05-CV-01699-CRB